UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| SUSAN C. PETERSON, | : | |
| | : | NO. 1:12-CV-00616 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 17). Proper notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. § 636(b), the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct. Accordingly, the Court hereby ADOPTS and AFFIRMS it in all respects and REVERSES the Commissioner's decision denying Plaintiff's application for Disabililty Insurance Benefits (DIB). The Court thus REMANDS the case under sentence four of 42 U.S.C. § 405(g) for the Administrative Law Judge to, inter alia, re-assess all medical

opinions, including the opinions of Kenneth J. Manges, Ph.D. and Jayne Malpede, Ph.D., and provide additional reasons for the evaluation of such opinions consistent with the Magistrate Judge's Report; re-assess Plaintiff's credibility; and fully evaluate whether Plaintiff meets or medically equals Listing 12.04 or 12.06.  Finally, the Court ORDERS that this case be closed.

    SO ORDERED.

Dated:  August 22, 2013   s/S. Arthur Spiegel_____
                                    S. Arthur Spiegel
                                    United States Senior District Judge